The People of the State of New York, Respondent, v. Hirsch Berliner, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Mary Keenan, Appellant, v. Adrian H. Joline and Another, as Receivers of the Metropolitan Street Railway Company, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Robert Taylor Varnum, as Executor, etc., Respondent, v. William M. Barrett, as President of the Adams Express Company, an Unincorporated Association, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ. McLaughlin and Scott, JJ., dissented on *Canfield* v. *N. Y. Transportation Co.* (128 App. Div. 450).

August R. Ohman Map Company, Respondent, v. Morris Park Estates, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

John Ring, Respondent, v. Main Paper Stock Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Philip Lubinger, Appellant, v. Harry Vogel and Another, Doing Business as William Vogel Sons, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

George O. Glendening, Appellant, v. The Western Union Telegraph Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

William E. Keegan, Appellant, v. Marconi Wireless Telegraph Company of America and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Edward Hatch, Jr., Appellant, v. Milford H. Smith, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. Hugh H. Masterson, Appellant, v. The Department of Health of the City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

H. G. Vogel Company, Respondent, v. Harris Wolff, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Fifth Avenue Shop, Inc., Respondent, v. Fox-Stiefel & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.